# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY FLUTE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 09-016-GPM |
| | ) |
| HARLEY G. LAPPIN, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff **GARY FLUTE, SR.,** shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 03/24/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
    Deputy Clerk


APPROVED: s/ *G. Patrick Murphy*
          G. Patrick Murphy
          United States District Judge