# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GARY FLUTE, SR., Inmate #12387-073** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 09-016-GPM |
| **HARLEY G. LAPPIN,** | ) |
| **Defendant.** | ) |

# ORDER

**MURPHY, District Judge:**

This matter is before the Court *sua sponte*. On April 21, 2009, the Court issued a Memorandum and Order denying Plaintiff's motion to proceed *in forma pauperis* on appeal (Doc. 13). Accordingly, Plaintiff shall tender the appellate filing and docketing fee of $455 to the Clerk of Court in this district, or he may reapply to the Seventh Circuit Court of Appeals for leave to proceed *in forma pauperis* on appeal.

**IT IS SO ORDERED**.

DATED: 04/23/09

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge